IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MICHAEL SCOTT WARREN,
    Plaintiff,

vs.                       3:10cv231/LAC/MD

DEPARTMENT OF DEFENSE, et al.
    Defendants.

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. Plaintiff initiated this cause through the filing of a pleading entitled "emergency motion for temporary restraining order." (Doc. 1). Plaintiff was advised on July 6, 2010 that he needed to pay the $350.00 filing fee or file a complete motion to proceed *in forma pauperis* within 28 days. He was also instructed to file a § 1983 civil rights complaint form. (Doc. 4). Plaintiff has filed, or attempted to file, numerous deficient pleadings (see doc. 6, 7, 8, 9, 10, 11, 12) but he has failed to file either the *in forma pauperis* application or the civil rights complaint form. On August 13, 2010, he was directed to show cause why this case should not be dismissed for his failure to comply with the court's order, but he has failed to do so.

Accordingly, it is respectfully RECOMMENDED:

That this case be dismissed without prejudice for plaintiff's failure to comply with an order of the court and failure to prosecute this action.

At Pensacola, Florida, this 2nd day of September, 2010.

/s/ *Miles Davis*
**MILES DAVIS**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

      Any objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy hereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; *United States v. Roberts,* 858 F.2d 698, 701 (11th Cir. 1988).