IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MICHAEL SCOTT WARREN,
    Plaintiff,

vs.                   CASE NO.: 3:10cv231/LAC/MD

DEPARTMENT OF DEFENSE, et al.,
    Defendants.

---

**O R D E R**

This cause comes on for consideration upon the magistrate judge's report and recommendation dated September 2, 2010. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. This case is dismissed without prejudice for plaintiff's failure to comply with an order of the court and failure to prosecute this action.

DONE AND ORDERED this 1st day of October, 2010.

                                        *s/L.A. Collier*
                                        **LACEY A. COLLIER**
                                        **SENIOR UNITED STATES DISTRICT JUDGE**